IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| RICK CARNS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:22-cv-73-JDK |
| § | |
| NATIONAL AMERICAN § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

Before the Court is the parties' joint stipulation of dismissal with prejudice (Docket No. 25). All pending claims in this case are **DISMISSED** with prejudice pursuant to the parties' request and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and fees.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **4th** day of **November, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE